UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DANIEL RICHISON, | ) | CASE NO. C07-1196-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: REQUEST FOR CONTINUANCE |
| INTERSTATE BRANDS CORPORATION, | ) | |
| Defendant. | ) | |

Defendant filed a Motion to Compel, seeking responses to discovery requests due on October 15, 2007 and attorneys' fees associated with its motion. (Dkt. 19.) In response, plaintiff seeks a sixty day continuance in order to allow him time to obtain new counsel, noting that his previous counsel withdrew unexpectedly effective October 31, 2007. (Dkt. 20.)

The Court finds a continuance related to defendant's pending motion appropriate. However, given that plaintiff's previous counsel withdrew over six weeks ago (*see* Dkt. 18), the Court finds only a thirty day continuance warranted. Also, the Court notes that this continuance does not affect any other pending deadlines in this matter. Instead, this Order

ORDER RE: REQUEST FOR CONTINUANCE
PAGE -1

allows for a **thirty (30) day** continuance, from the date of this Order, on plaintiff's response to defendant's motion to compel and request for attorneys' fees.

In sum, plaintiff's request for a continuance is GRANTED subject to the conditions outlined above. Defendant's Motion to Compel (Dkt. 19) is RENOTED for consideration in accordance with this Order. The Clerk is directed to send a copy of this Order to plaintiff and to counsel for defendant.

DATED this 20th day of December, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: REQUEST FOR CONTINUANCE
PAGE -2